```
                              FILED
                           APR 17 2008
                        CLERK, U.S. DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
                     BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1173-L |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| MARCO ANTONIO LARA-RIOS, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about _February, 2003_, within the Southern District of California, defendant MARCO ANTONIO LARA-RIOS, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that _he was United States citizen_, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: __4/17/08__.

KAREN P. HEWITT
United States Attorney

_signature_
FM/W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
3/31/08